**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. CATHY A. BENCIVENGO)**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.:   3:24-cr-01472-CAB |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO RELEASE PASSPORT FROM PRETRIAL SERVICES** |
| BRENDA BONILLA MORALES (2), | |
| Defendant. | |

Upon motion filed and good cause shown,

**IT IS HEREBY ORDERED** that Ms. Bonilla Morales's U.S. passport, currently in the custody of U.S. Pretrial Services, be released to Ms. Bonilla Morales or Ms. Bonilla Morales's defense counsel.

**IT IS SO ORDERED.**

Dated:  March 12, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1